**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Luke W. Sironski-White (State Bar No. 348441)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
       lsironski@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA VALIENTE, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br>   v.<br><br>SIMPSON IMPORTS, LTD.,<br><br>                              Defendant. | Case No. 3:23-CV-02214 (AMO)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Hon. Araceli Martínez-Olguín |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

Plaintiff Andrea Valiente voluntarily dismisses her claims with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).[1]

Dated: May 17, 2024					**BURSOR & FISHER, P.A**.

					By:   */s/ L. Timothy Fisher*
						L. Timothy Fisher

					L. Timothy Fisher (State Bar No. 191626)
					Luke W. Sironski-White (State Bar No. 348441)
					1990 North California Blvd., Suite 940
					Walnut Creek, CA 94596
					Telephone: (925) 300-4455
					Facsimile:  (925) 407-2700
					E-mail: ltfisher@bursor.com
						  lsironski@bursor.com

					*Attorneys for Plaintiff*

---

[1] Plaintiff notifies the Court that Plaintiff's counsel previously submitted several filings that mistakenly represented that Matthew A. Girardi was admitted to practice in this matter.  *See* ECF Nos. 41-43.  Those representations were made in error, and Plaintiff's counsel apologizes for the mistake.  All filings were intended to represent that Mr. Girardi's *pro hac vice* motion was forthcoming.  No *pro hac vice* motion was filed because the need to do so was obviated by this dismissal.